October 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DIANA E. RODRIGUEZ, Appellant

NO. 14-13-00148-CR                                  V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the request of the appellant to withdraw notice of appeal. Having considered the request, the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.